AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ROBERT STIVER, on behalf of himself and others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ASSET INVESTIGTIONS AND RECOVERY, INC. and STAMATIS FERAROLIS, Individually,<br><br>*Defendant(s)* | Civil Action No. 8:26-cv-00431-JLB-AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ASSET INVESTIGATIONS AND RECOVERY, INC.
c/o Stamatis Ferarolis as Registered Agent
5006 20th Ave. South
Tampa, Florida 33619

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Miguel Bouzas
Florin|Gray
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 18, 2026

CarlaRoberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ROBERT STIVER, on behalf of himself and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>ASSET INVESTIGTIONS AND RECOVERY, INC. and STAMATIS FERAROLIS, Individually,<br><br>*Defendant(s)* | Civil Action No. 8:26-cv-00431-JLB-AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STAMATIS FERAROLIS
5006 20th Ave. South
Tampa, Florida 33619

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Miguel Bouzas
Florin|Gray
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

CarlaRoberts

Date: February 18, 2026

*Signature of Clerk or Deputy Clerk*